UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE BOSSART, RAYMOND BERRY, <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY, a political subdivision of the State of Washington, <br><br> Defendant. | CASE NO. 2:24-cv-01776-JHC <br><br> ORDER |

    Before the Court is pro se Plaintiffs' request for judicial notice. Dkt. # 5. The Court has considered all materials submitted in connection with the request, the rest of the file, and the governing law. Being fully advised, the Court rules as follows:

    Plaintiffs do not associate the request with a motion or any other proceeding in this matter.

    Moreover, Federal Rule of Evidence 201 governs judicial notice of adjudicative facts. But the request presents no such facts. Instead, it requests "judicial notice of law" without citing any authority to support the propriety of such a notice. Thus, the Court DENIES the motion. To be sure, however, Plaintiffs may cite legal authorities in their briefs.

ORDER - 1

Dated this 5th day of December, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2