UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE BOSSART and RAYMOND BERRY, | Case No. 2:24-cv-01776-JHC |
| Plaintiffs, | STIPLUATED MOTION AND ORDER TO EXTEND INITIAL SCHEDULING DATES |
| vs. | |
| COUNTY OF KING, a political subdivision of the STATE OF WASHINGTON, | |
| Defendant. | |

Plaintiffs Alice Bossart and Raymond Berry and Defendant King County jointly move the Court to extend the initial scheduling dates as set forth in its Order Regarding Initial Disclosures. (Dkt. # 21). In support of this Stipulated Motion, the Parties state the following:

1. Plaintiffs filed the Complaint in this matter on October 29, 2024. (Dkt. # 1).

2. On November 25, 2024, Plaintiffs filed a Motion for Summary Judgment which was noted for December 23, 2024. (Dkt. # 10).

3. On December 23, 2024, Plaintiffs filed a Motion to Strike which was noted for January 13, 2025. (Dkt. # 17).

4. On January 22, 2025, Plaintiffs filed a Motion Requesting Judicial Ruling which was noted for February 12, 2025.

5. On January 23, 2025, the Court entered an order establishing Initial Scheduling Dates, setting the deadline for Initial Disclosures pursuant to FRCP 26(a)(1) for February 20, 2025, and submission for the Combined Joint Status and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f) for February 27, 2025. (Dkt. # 21).

6. On January 31, 2025, Defendant filed a Motion to Dismiss which was noted for February 28, 2025. (Dkt. # 22).

7. On February 5, 2025, Plaintiffs filed a Motion to Strike which was noted for February 26, 2025. (Dkt. # 25).

8. On February 6, 2025, the Parties completed the FRCP 26(f) conference. The parties jointly request the deadlines for Initial Disclosures and submission of the Combined Joint Status Report and Discovery Plan be extended in light of the pending motions.

For the foregoing reasons, the Parties therefore jointly and respectfully request that the Court modify the Initial Scheduling dates in this matter as follows:

| Event | Revised Date |
| --- | --- |
| Initial Disclosures | Date to be determined by the Court following decisions on the pending motions |
| Combined Joint Status Report and Discovery Plan | Date to be determined by the Court following decisions on the pending motions |

IT IS SO STIPULATED THROUGH DEFENDANT'S COUNSEL OF RECORD AND PLAINTIFFS.

Respectfully submitted this 10th day of February, 2025.

| | |
|---|---|
| *s/* <br> Alice Bossart <br> 18648 NE 106th St <br> Redmond, WA  98052 <br> 206-915-5000 <br> alice@alicebossart.com <br> Plaintiff Pro Se | *s/* <br> Raymond Berry <br> 18648 NE 106th St <br> Redmond, WA  98052 <br> Plaintiff Pro Se |

*s/ Youn-Jung Kim*
YOUN-JUNG KIM (she/her), WSBA #23516
Senior Deputy Prosecuting Attorney
Attorneys for King County
701 Fifth Avenue, Suite 600
Seattle, WA  98104
Phone: (206) 477-1120
jina.kim@kingcounty.gov

**ORDER**

The Court VACATES the current deadlines for initial disclosures and Combined Joint Status Report and Discovery Plan.  The Court will set new deadlines, if necessary, upon resolution of the pending motions.

DATED this 12th day of February, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE