UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE BOSSART and RAYMOND BERRY,<br><br>                            Plaintiffs,<br>   vs.<br><br>COUNTY OF KING, a political subdivision of the STATE OF WASHINGTON,<br><br>                            Defendant. | Case No. 2:24-cv-01776-JHC<br><br>ORDER |

Before the Court is pro se "Plaintiffs' FRCivP12(f) Motion to Strike Entire 'Defendant's Answer to Plaintiffs' Complaint' for Causes of Insufficiency, Immateriality, and Scandalous Lack of Candor." Dkt. # 25. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons stated in the opposition (Dkt. # 30), the Court DENIES the motion.

DATED this 27th day of February, 2025.

*[signature: John H. Chun]*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER
(2:24-cv-01776-JHC) - 1